CCA

CCA No. PO-1623-14
COA No. 05-13-00878-CR

| | | |
|---|---|---|
| MARIO LOPEZ JUCUP | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS OF TX |
| | § | |
| THE STATE OF TEXAS | § | AT AUSTIN, TEXAS |

## NOTICE OF CHANGE OF ADDRESS

THE APPELLANT'S (MARIO LOPEZ JUCUP'S) ADDRESS HAS CHANGED. HIS PRIOR ADDRESS WAS:

MARIO LOPEZ JUCUP
TDCJ No. 1870734
HOLLIDAY UNIT
295 IH-45 N.
HUNTSVILLE, TX 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

APPELLANT'S CURRENT ADDRESS IS:

MARIO LOPEZ JUCUP
TDCJ No 1870734
HUGHES UNIT
RT. 2, Box 4400
GATESVILLE, TX 76597

RESPECTFULLY
X ~~signature~~
MARIO LOPEZ JUCUP